In the Matter of Patrick Guillory, Appellant, v Brian Fischer, as Commissioner of Corrections and Community Supervision, Respondent.

Decided February 18, 2014

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.